No. 4535.—López apldo., *v.* Carrión, aplte.—C. D. San Juan. Abril 2, 1928. Desestimada la apelación a petición de las partes.

No. 3442.—El Pueblo, apldo., *v.* Bestard, aplte.—C. D. Arecibo. ▮▮▮▮▮▮▮▮▮ Abril 10, 1928. En este caso no se ha radicado alegato. Durante la vista se presentó un abogado y manifestó que a petición de un compañero suyo comparecía para pedir a la corte que examinara la prueba. Así lo hemos hecho y nada hallamos en la misma que excuse el haber dejado de radicar alegato, y de conformidad con la práctica seguida por este tribunal, se desestima la apelación interpuesta contra sentencia dictada por la Corte de Distrito de Arecibo con fecha 28 de octubre de 1927 en el caso arriba titulado.

No. 4534.—Suárez et al., apltes., *v.* Hernández et al., apldos.—C. D. San Juan. Abril 10, 1928. Vista la moción sobre desestimación de apelación que antecede, fundada en el hecho de no haberse consignado por el apelante en la secretaría de la corte de distrito el montante de los honorarios del taquígrafo dentro del período fijado por una orden de la corte inferior, y en la supuesta frivolidad de dicha apelación, no siendo por sí solo suficiente el primero de tales fundamentos, no habiéndose demostrado claramente que sea enteramente frívola la referida apelación y apareciendo que la transcripción de la evidencia, debidamente certificada por el taquígrafo de la corte de distrito, ha sido radicada en la Secretaría de este tribunal antes del acto de la vista, no ha lugar a la desestimación solicitada.